613 A.2d 521

DISTRICT COUNCIL 33, AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, By Its Trustee Ad Litem James SUTTON,

and

District Council 47, American Federation of State, County and Municipal Employees, AFL–CIO, by its Trustee Ad Litem, Thomas P. Cronin, Petitioners,

v.

COMMONWEALTH of Pennsylvania, the Pennsylvania Intergovernmental Cooperation Authority, and Bernard Anderson, Carol Gassert, John J. Egan, Handsel B. Minyard, Charles L. Andes, Stephen Mullin, Michael Herschock, Members of the Governing Board of the Pennsylvania Intergovernmental Cooperation Authority, and the City of Philadelphia, Respondents.

Supreme Court of Pennsylvania.

June 17, 1992.

Deborah Willig, Nancy Lassen, and Robert F. Williams, pro-hoc-vice, for District Council 33 and 47.

Michael T. Scott, Carl E. Singley, Anne K. Fiorenza, Deputy Atty. Gen., Judith Harris, Acting City Sol., for Pennsylvania Intergovernmental Cooperation Authority.

Before NIX, C.J., and FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS, and CAPPY, JJ.

ORDER

PER CURIAM.

AND NOW, this 13th day of April, 1992, the relief requested in the Petition for Review filed on behalf of District Council 33, American Federation of State, County and Municipal Employees, AFL–CIO, By Its Trustee Ad Litem James Sutton, and District Council 47, American Federation of State, County and Municipal Employees, AFL–CIO, by its Trustee Ad Litem, Thomas P. Cronin, is denied.

Opinion to follow. (See — Pa. ——, 613 A.2d 522.)

LARSEN, ZAPPALA, PAPADAKOS and CAPPY, JJ., did not participate in the consideration or decision of this matter.